**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHERVIN LENOIR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-09706 |
| | ) | |
| v. | ) | Hon. April M. Perry |
| | ) | |
| WOODMAN'S FOOD MARKET, INC. | ) | Mag. Hon. Maria Valdez |
| | ) | |
| Defendant. | ) | |

**Agreed Motion to Extend Discovery by Six Weeks**

NOW COMES Plaintiff Shervin LeNoir, by and through her undersigned counsel, and by agreement with counsel for Defendant, Woodman's Food Market, Inc., and moves this Honorable Court to extend the fact discovery deadline in this matter by six weeks, to and including October 12, 2026, and in support thereof states as follows:

1. Fact discovery in this matter is currently set to close on August 31, 2026. Dkt. 17.

2. The Parties have been moving expeditiously to complete fact discovery but require additional time due to events beyond their control.

3. Within the discovery period, Defendant required additional time to respond to written discovery due to family leave taken following the birth of twins.

4. Plaintiff requires additional time to respond to written discovery due to extensive health issues, including requiring a double lung transplant, that make it difficult for her to participate in litigation strategy conversations and preparation with her counsel that last beyond one and a half hours.

5. The additional time required for Plaintiff to respond to Defendant's written discovery responses necessitates additional time for Defendant to take her duly noticed

deposition. For the reasons stated in Paragraph 4, Plaintiff seeks additional time to prepare for her duly noticed deposition and determine which depositions she intends to take.

6. Counsel for both parties have kept each other apprised of these issues and are working together to ensure that discovery will be completed but require an additional six weeks to do so.

7. The Parties believe these reasons constitute good cause pursuant to Federal Rule of Civil Procedure 16(b)(4) for moving the fact discovery deadline and seek this Court's consent to modify the schedule.

8. This schedule modification does not affect any dates set by District Court Judge April M. Perry.

9. This request to extend the discovery deadline is the first such request and is made in good faith.

WHEREFORE, for the foregoing reasons, Plaintiff Shervin LeNoir respectfully requests that the Court extend the fact discovery deadline by six weeks, to and including October 12, 2026, and for such other relief as deemed just and proper.

Dated: August 18, 2026

Respectfully submitted,

/s/ *Justin L. Leinenweber*
Justin L. Leinenweber
Justin L. Leinenweber PC
120 N LaSalle St Ste 2000
Chicago, IL 60602
(312) 857-3405
justin@ilesq.com

*Counsel for Shervin LeNoir*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that, on August 18, 2026, I caused to be served the foregoing Agreed Motion to Extend Discovery by Six Weeks, by electronically filing it with the Clerk of the Court for the Northern District of Illinois, which provided service to all counsel of recording including:

Michael Gregory (IL Bar #6323119)
Husch Blackwell LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
414.978.5353
414.223.5000 (fax)
michael.gregory@huschblackwell.com

/s/ *Justin Leinenweber*
Justin L. Leinenweber